1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

          Plaintiffs,

    v.

ABRAHAM KHALIL, et al.,

          Defendants.

Case No.  21-cv-04708-SI   (SI)

**ORDER OF CONDITIONAL
DISMISSAL UPON SETTLEMENT**

      The parties to the action, by their counsel, have advised the court that they have agreed to a settlement.

      IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, that if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within ninety days from the date hereof (2/1/2022), that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

      **IT IS SO ORDERED**.

Dated: November 3, 2021

_____
SUSAN ILLSTON
United States District Judge